THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. C21-1686-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., the parties are in settlement discussion and hope to have this matter resolved before the requested 30-day extension, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

    Deadline for FRCP 26(f) conference……………..March 9, 2022

    Initial Disclosures Pursuant to FRCP 26(a)……..March 16, 2022

    Combined Joint Status Report and Discovery
     Plan as Required by FRCP 26(f), and Local
     Rule CR 16…………………………………….March 24, 2022


DATED this 23rd day of February, 2022.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE


Presented for Entry by:

*s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff